**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ANAUN ISAI OSORTO LAGOS,** | : | **Case No. 1:26-cv-468** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| | : | **District Judge Matthew W. McFarland** |
| **vs.** | : | |
| | : | |
| | : | **Chief Magistrate Judge Stephanie K.** |
| **DIRECTOR OF DETROIT** | : | **Bowman** |
| **FIELD OFFICE, U.S.** | : | |
| **Immigration and Customs** | : | |
| **Enforcement,** *et al.*, | : | |
| | | |
| **Respondents.** | | |

## ORDER

Petitioner, Anaun Isai Osorto Lagos, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance. The parties are **ORDERED** to confer and submit a joint proposed scheduling order by May 20, 2026.

**IT IS SO ORDERED.**

May 14, 2026                                    *s/Stephanie K. Bowman*

STEPHANIE K. BOWMAN
Chief United States Magistrate Judge

2